PETER J. STURA, *et al.*, Plaintiffs and Counter-Defendants-Appellees, *v.* ROBERT KRILICH, Defendant and Counter-Plaintiff-Appellant.

(No. 71-29; ▮▮▮▮▮▮▮▮

Second District —October 13, 1971.

*Rehearing denied November 18, 1971.*

Opinion by Mr. JUSTICE SEIDENFELD.

Rathje, Woodward, Dyer & Burt, of Wheaton, (Alfred E. Woodward and Gerald J. Brooks, of counsel,) for appellant.

Douglas C. Hancock, of Elmhurst, for appellee.